| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS LUFKIN DIVISION |
|---|---|

DEAIRREUS HEARN, §
§
    *Plaintiff(s)*, §
§
v. § No. 9:22-cv-00152
§ Jury
BIGFOOT ENERGY SERVICES §
LLC, et al., §
§
    *Defendant(s)*. §

## PLAINTIFF DEAIRREUS HEARN'S JURY DEMAND

Plaintiff Deairreus Hearn (referred to as "Hearn") demands a trial by jury on all issues triable to a jury. *See*, Fed. R. Civ. P. 38(b).

Respectfully Submitted,

MOORE & ASSOCIATES
Lyric Centre
440 Louisiana Street | Suite 1110
Houston, Texas 77002-1055
Telephone: (713) 222-6775
Facsimile: (713) 222-6739

By: /s/ Curt C. Hesse
Curt Hesse
Tex. Bar No. 24065414
curt@mooreandassociates.net

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

As required by Fed. R. Civ. P. 5(a)(1), I certify that I served a copy of this document on all parties or their attorney(s) of record—who are listed below—in accordance with Fed. R. Civ. P. 5(b) on the date indicated as follows:

> Mr. Robert D. O'Connor
> boconor@ombtxlaw.com
> Mr. Jess W. Mason
> jmason@ombtxlaw.com
> Mr. J. Kevin Raley
> kraley@ombtxlaw.com
> O'CONOR, MASON & BONE, P.C.
> 1616 South Voss Street, Suite 200
> Houston, Texas 77057
> Facsimile: (713) 647-7512
> *Attorney(s) for Defendants*
> ☐ mail
> ☐ personal delivery
> ☐ leaving it at ☐ office ☐ dwelling
> ☐ leaving it with court clerk
> ☐ electronic means
> ☐ other means
> ☒ CM/ECF system

February 2, 2023                                              */s/ Curt C. Hesse*
Date                                                                    Curt Hesse